IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHERYL NORED | § |
| VS. | § CA NO. 4:92 CV 7 |
| COLLIN COUNTY COMMUNITY COLLEGE DISTRICT, ET AL. | § |

FILED FEB 1 1993

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the Agreed Motion of all parties to dismiss the above-styled and numbered cause with prejudice to the refiling of same, when appeared the Plaintiff by and through her counsel of record and announced to the Court that all claims and causes of action relating to this matter have been fully satisfied and that Plaintiff and Defendants have been released from any and all liability, and the Court is of the opinion and finds that said Motion should be granted;

IT IS ACCORDINGLY ORDERED, ADJUDGED AND DECREED that Plaintiff's action against Defendants is dismissed with prejudice to the refiling of same in any form whatsoever, with costs of suit and attorneys' fees to be borne by the party incurring same, save and except taxable court costs incurred in the filing and service of the Complaint which shall be reimbursed per the terms of the agreements between the parties.

SIGNED this 1st day of February, 1993.

UNITED STATES DISTRICT JUDGE

AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 1
d:\wp51\docs\nored.086

APPROVED AS TO FORM AND SUBSTANCE:

*[signature]*
GARTH CORBETT
Attorney for Plaintiff

*[signature]*
MICHAEL R. BUCHANAN
Attorney for Defendants

Mld  2-3-93  w: Corbett
                Buchanan

AGREED ORDER OF DISMISSAL WITH PREJUDICE - Page 2
d:\wp51\docs\nored.086